# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA KENNEDY,**

        **Plaintiff,**

**v.**                                         **Case No:   6:17-cv-550-Orl-31DCI**

**ICHIKOSHI USA, INC. and CARRIE ENTERPRISES, INC.,**

        **Defendants.**

_____

## ORDER

This case is before the Court *sua sponte*.   On June 5, 2017, this Court entered an order (Doc. 24) directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute.   To date, Plaintiff has failed to respond.   Therefore, it is

**ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 27, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party