**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
Orlando Division

**CASE NO. 6:17-cv-550-Orl-31-DCI**

| | |
|---|---|
| PATRICIA KENNEDY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ICHIKOSHI USA, INC. and CARRIE ENTERPRISES, INC. d/b/a JIMMIE'S RESTAURANT, | ) ) ) |
| | ) |
|     Defendants. | ) |
| | ) ) |

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION**

Plaintiff PATRICIA KENNEDY ("**Plaintiff**") and Defendant ICHIKOSHI USA, INC. ("**Defendant Ichikoshi**") and CARRIE ENTERPRISES, INC. d/b/a JIMMIE'S RESTAURANT ("**Defendant Jimmie's Restaurant**") (collectively, the "**Parties**"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that, pursuant to the Confidential Settlement Agreement entered into by them on May 22, 2017, the Parties respectfully request the Court enter an Order Dismissing this cause with Prejudice and retaining jurisdiction to:

(1) enforce the terms of said Settlement Agreements, and

(2) resolve any dispute that may arise regarding the payment Plaintiff's reasonable attorneys' fees, costs and litigation expenses as stipulated in said Settlement Agreement.

1

The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case, including any dispute regarding the amount of Plaintiff's reasonable attorney's fees, costs and litigation expenses. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully Submitted,

| | |
|---|---|
| By: s/ Joshua H. Sheskin | By: s/ Gary Michael Carmen |
| Joshua H. Sheskin, Esq. | Gary Michael Carman, Esq. |
| Florida Bar No. 93028 | Florida Bar No. 179409 |
| **Federal Disability Advocates** | **Gray/Robinson P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 4300 Biscayne Boulevard, Suite 305 | 333 SE 2nd Ave, Ste 3200 |
| Miami, Florida 33137 | Miami, Florida 33131 |
| Tel:(305)717-7530 | Tel: (305) 416-6880 |
| Fax:(305)717-7539 | Fax: (305) 416-6887 |
| E-mail: jsheskin@jltrial.com | E-mail: gary.carman@gray-robinson.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 27, 2017 via CM/ECF.

By: s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Fla Bar. No.: 93028