# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA KENNEDY,**

       **Plaintiff,**

**v.**                                              **Case No:   6:17-cv-550-Orl-31DCI**

**ICHIKOSHI USA, INC. and CARRIE ENTERPRISES, INC.,**

       **Defendants.**

## ORDER

Upon consideration of the Joint Stipulation of Final Dismissal with Prejudice and Retention of Jurisdiction (Doc. 28), which the Court construes as a Motion, it is

**ORDERED** that the Motion is DENIED.  This case has been dismissed without prejudice for failure to prosecute (Doc. 27).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 28, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party